Date of Arrest: 11/13

# United States District Court
## DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>Vs.<br><br>Pablo Molina GERMAN-Cardona<br>AKA: None Known<br>072912965<br>YOB: 1974<br>Citizen of: Honduras<br>Defendant | Magistrate Case No. 20-1466 MJ<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 8, United States Code, Section 1326(a),<br>enhanced by (b)(1) (Re-Entry After Removal),<br>Felony |

The undersigned complainant being duly sworn states:

### COUNT 1

That on or about November 13, 2020 Defendant Pablo Molina GERMAN-Cardona, an alien, was found in the United States at or near San Luis, Arizona, within the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States to Mexico through the port of Phoenix, Arizona, on or about May 18, 2016. The Secretary of the Department of Homeland Security not theretofore having consented to any reapplication by the Defendant for admission into the United States, in violation of Title 8, United States Code, Section 1326(a), enhanced by (b)(1) (Felony).

And the complainant further states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Reviewed by AUSA Louie Uhl
JWL for LCU

Signature of Complainant
Noe Hernandez
Border PAtrol Agent

Sworn to before me and subscribed telephonically,

__November 16, 2020__ at __Yuma, Arizona__
Date                                    City and State

James F. Metcalf, United States Magistrate Judge
Name & Title of Judicial Officer                Signature of Judicial Officer

UNITED STATES OF AMERICA,
Vs.
Pablo Molina GERMAN-Cardona
AKA: None Known
072912965

## STATEMENT OF FACTUAL BASIS

The complainant states that this complaint is based upon the statements of the apprehending officers, that the Defendant was found and arrested on or about November 13, 2020, near San Luis, Arizona. Questioning of the Defendant by agents revealed that the Defendant is a citizen of Honduras and not in possession of valid documents allowing him to enter or remain in the United States.

By questioning the Defendant and through record checks, agents determined the Defendant was first ordered removed at or near Los Angeles, California on or about January 18, 1996. The Defendant has been removed on three previous occasions. The Defendant was most recently removed on or about May 18, 2016, through the port of Phoenix, Arizona, subsequent to a conviction in a United States District Court, District of Arizona on or about March 07, 2016, for the crime of 8 USC 1326 Re-entry of removed aliens, a felony.

Agents determined that on or about November 13, 2020, the Defendant re-entered the United States without the Secretary of the Department of Homeland Security having consented to reapplication by the Defendant for admission into the United States.

To the best of my knowledge and belief, the following is a list of Border Patrol law enforcement personnel present during interviews, statements and questioning of the Defendant in this matter from initial contact through the writing of this document: BPA's Ismael Piceno, Hieu Thong, Zane Cress and Victor Ruiz.

To the best of my knowledge and belief, the following is a list of all Border Patrol law enforcement personnel not already mentioned above who were present and/or took part in other parts of this investigation (e.g., arrest, search, proactive investigation, surveillance, etc) from initial field contact through the writing of this document: BPA James A. Cruz.

Signature of Complainant

Sworn to before me and subscribed telephonically,

November 16, 2020
Date

Signature of Judicial Officer

-2-

## Probable Cause Statement

I, Border Patrol Agent Noe Hernandez, declare under penalty of perjury, the following is true and correct:

Defendant: Pablo Molina GERMAN-Cardona

Dependents: None

**IMMIGRATION HISTORY:** The Defendant is an illegal alien and has been apprehended by the United States Border Patrol on three previous occasions. The Defendant has been removed a total of three three times.

## CRIMINAL HISTORY:

| DATE | LOCATION | OFFENSE | DISPOSITION |
|---|---|---|---|
| 05/23/1994 | Inglewwod, CA | Dangerous Drugs/Narcotics | Fine |
| 03/25/2009 | San Diego County, CA | Burglary-1st Degree | 4 Years Prison |
| 01/03/1996 | Los Angeles, CA | Possession Narcotics/ Controlled Substance | 45 Days Jail, 36 Mos. Probation, Fine |

Narrative: The complainant states that this complaint is based upon the statements of the apprehending officers, that the Defendant was found and arrested on or about November 13, 2020, near San Luis, Arizona. Questioning of the Defendant by agents revealed that the Defendant is a citizen of Honduras and not in possession of valid documents allowing him to enter or remain in the United States.

By questioning the Defendant and through record checks, agents determined the Defendant was first ordered removed at or near Los Angeles, California on or about January 18, 1996. The Defendant has been removed on three previous occasions. The Defendant was most recently removed on or about May 18, 2016, through the port of Phoenix, Arizona, subsequent to a conviction in a United States District Court, District of Arizona on or about March 07, 2016, for the crime of 8 USC 1326 Re-entry of removed aliens, a felony.

Agents determined that on or about November 13, 2020, the Defendant re-entered the United States without the Secretary of the Department of Homeland Security having consented to reapplication by the Defendant for admission into the United States.

To the best of my knowledge and belief, the following is a list of Border Patrol law enforcement personnel present during interviews, statements and questioning of the Defendant in this matter from initial contact through the writing of this document: BPA's Ismael Piceno, Hieu Thong, Zane Cress and Victor Ruiz.

To the best of my knowledge and belief, the following is a list of all Border Patrol law enforcement personnel not already mentioned above who were present and/or took part in other parts of this investigation (e.g., arrest, search, proactive investigation, surveillance, etc) from initial field contact through the writing of this document: BPA James A. Cruz.

Executed on: November 14, 2020    Time: 08:11 AM MST

Signed: Noe Hernandez, Border Patrol Agent